UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

State of Ohio, et. al,

Plaintiffs,

v.

Jordan Jarrell,

Defendant.

Case No. 2:18-cv-666

Judge Michael H. Watson

Magistrate Judge Kimberly Jolson

## ORDER

On July 12, 2018, Magistrate Judge Jolson issued a report and recommendation ("R&R") recommending that this attempted removal be dismissed. ECF No. 4.

Magistrate Judge Jolson notified the parties of their right to file objections to the R&R pursuant to 28 U.S.C. § 636(b)(1). *Id.* at 2. She also specifically advised the parties that the failure to object to the R&R within fourteen days would result in a waiver of both the right to *de novo* review by the District Judge and the right to appeal the decision of the District Court adopting the R&R. *Id.*

The deadline for filing such objections has passed, and no objections were filed. Defendant did file a "formal request for a certified copy of the 'Certified Delegation of Authority Order,'" but this document has no legal basis and does not provide any articulable objection to the R&R. ECF No. 5. Having received no objections, the R&R is **ADOPTED**. This case is **DISMISSED**. The Clerk of Court shall **TERMINATE** this case.

IT IS SO ORDERED.

/s/ Michael H. Watson
MICHAEL H. WATSON, JUDGE
UNITED STATES DISTRICT COURT